# Exhibit A

**CLARK LAW FIRM, P.C.**
Mark W. Morris, Esq. - #118292015
Jake W. Antonaccio Esq. -#308802019
811 Sixteenth Avenue
Belmar, New Jersey 07719
(732)443-0333
(732-894-9647 - Fax
*Attorneys for Plaintiffs*

| | |
|---|---|
| LORI JANNESE and PHILLIP JANNESE (HER HUSBAND), <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10 <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY <br><br> DOCKET NO.: MID-L- <br><br> Civil Action <br><br> COMPLAINT AND JURY DEMAND |

Plaintiffs, **LORI JANNESE and PHILLIP JANNESE (HER HUSBAND),** by and through their attorneys, Clark Law Firm, P.C., by way of Complaint against the defendants alleges upon information and belief as follows:

**FIRST COUNT**

1. On or about November 3, 2021 Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, were and still are the leasee and/or owner and/or co-tenant of a commercial property located at or near 465 NJ-70, Brick, New Jersey 08723 (also known as "Warehouse Loc. #739). At

all times mentioned herein Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, owned, maintained, managed, designed, constructed, controlled and/or operated said property, and/or otherwise had a responsibility to keep the property and common areas in a safe condition.

2.    At the time and place aforesaid, Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, were negligent in their operation, inspection, design, construction, control and/or maintenance of the subject premises. By reason of Defendants' negligence in failing to maintain their property in a safe condition, and/or otherwise their failure to exercise due care, Plaintiff was caused to suffer puncture wounds due to a defect and dangerous condition on the property on November 3, 2021, sustaining serious, permanent and painful bodily injuries, including but not limited to permanent and significant disfigurement and scarring.

3.    Defendants jointly, severally and/or individually, owed Plaintiff the duty to provide a reasonably safe way of passage on the property in question by maintaining the property, specifically the area around merchandise displayed by Defendants, in such a manner to avoid dangers to business invitees, such as Plaintiff. Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, negligently, grossly negligently, recklessly or intentionally and unlawfully permitted the property in question to become unreasonably unsafe and/or dangerous to persons using it and/or negligently,

2

grossly negligently, recklessly or intentionally failed to maintain it causing the injuries Plaintiff complains of herein and otherwise in this case.

4.      As a direct and proximate result of the negligence of Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, Plaintiff was caused to suffer severe lacerations resulting in multiple and permanent bodily injuries; has suffered and will continue to suffer great pain and anguish, emotional distress; has lost and will lose time from employment; has expended and will continue to expend large sums of money for medical care and attention; and has suffered permanent and significant disfigurement and scarring. Defendants failed to use reasonable care in the maintenance and/or operation of the property and/or allowed said property to remain hazardous and in an unsafe condition.

5.      As a direct and proximate result of the negligence of the Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, jointly and severally, Plaintiff was caused to suffer severe, multiple and permanent bodily injury; has suffered and will continue to suffer great pain and anguish, emotional distress; has lost and will lose time from employment;  has expended and will continue to expend large sums of money for medical care and attention; and has suffered permanent and significant disfigurement and scarring.

6.      Defendants, **ABC CORPS. 1-10 and JOHN DOES 1-10**, are fictitious named entities whose actual identities are not yet known and who are liable to plaintiff in the same force

3

and to the same extent as the named Defendants set forth herein.

**WHEREFORE**, Plaintiffs, demand judgment against all Defendants, jointly in all severally, for damages, interest and costs of suit.

## SECOND COUNT

7.     Plaintiffs repeat and reiterate the allegations contained in the prior and subsequent Counts of the Complaint as if set forth at length.

8.     Plaintiff, **PHILLIP JANNESE**, is the husband of Plaintiff, **LORI JANNESE**.

9.     As the direct and proximate result of the negligence and carelessness of the Defendants, **COSTCO WHOLESALE CORPORATION, LLC; JSM @ BRICK LLC; JSM AT BRICK, LLC; JSM @ BRICK II, LLC; JSM AT BRICK III LLC; JSM AT BRIC IV, LLC JOHN DOES 1-10; and ABC CORPS. 1-10, or any one of them**, has and will continue to lose the services, society, and consortium of his wife, all to his damage, and as such alleges this *per quod* claim.

**WHEREFORE**, Plaintiffs demand judgment against Defendants for damages, together with interest, cost of suit, attorney's fees and such further relief as the Court may deem appropriate.

## JURY DEMAND
Pursuant to R 4:35-1, Plaintiff demands a trial by jury for all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R 4:25-4, Mark W. Morris, Esq. is hereby designated trial counsel.

## DEMAND FOR INSURANCE

Pursuant to Rule 4:10-2(b), demand is hereby made that you disclose to the undersigned whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

4

## CERTIFICATION PURSUANT TO R. 4:5-1

The undersigned, Jake W. Antonaccio, Esquire certifies on behalf of Plaintiff as follows:

1.      I am an attorney admitted to practice law in the State of New Jersey and an Associate of the law firm of Clark Law Firm, PC, counsel for the above-named plaintiff in the subject action.

2.      I am aware of no other action involving the same facts contained herein.

3.       There are no other parties who should be joined in this action that we are aware of at the present time.

4.      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

**Clark Law Firm, PC**
*Attorneys for Plaintiffs*

By: _____
       **JAKE W. ANTONACCIO**

Dated: 9/12/23
Complaint.wpd

5



# CLARK LAW FIRM

### A PROFESSIONAL CORPORATION

811 Sixteenth Avenue
Belmar, New Jersey 07719
Tel: 732-443-0333
Fax: 732-894-9647

September 12, 2023

ClarkLawNJ.com



Gerald H. Clark*

*Certified By the Supreme Court
of New Jersey as a
Civil Trial Attorney*

Stephanie Tolnai

Mark W. Morris

Lazaro Berenguer

Janet S. Bayer

Jake W. Antonaccio

*\*New Jersey and
New York Bars*

*Of Counsel*

John J. Bruno, Jr.

Robert A. Ferraro

Teresa M. Graw

**VIA ELECTRONIC FILING**
Middlesex County Courthouse
56 Patterson Street
New Brunswick, New Jersey 08903
**Attn: Civil Division**

> **Re:** <u>**Lori Janeese v. Costco et al.**</u>
> **Our File No.: 22-06**

Dear Sir or Madam:

Enclosed herewith please find a Complaint and Jury Demand in connection with the above-captioned matter.

Please file accordingly and charge our account #142419 the fee for filing same.

Thank you for your attention to this matter.

Sincerely,

**JAKE W. ANTONACCIO**
For the Firm

JWS:bhs
Enclosure
Complaint-Cover Letter.wpd

Belmar   •   Newark   •   Rutherford   •   Surf City

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-005122-23**

**Case Caption:** JANEESE LORI  VS COSTCO WHOLESALE COR PORATION

**Case Initiation Date:** 09/12/2023

**Attorney Name:** JAKE W ANTONACCIO

**Firm Name:** CLARK LAW FIRM, PC

**Address:** 811 SIXTEENTH AVENUE
BELMAR NJ 07719

**Phone:** 7324430333

**Name of Party:** PLAINTIFF : Janeese, Lori

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Lori Janeese?** NO

**Are sexual abuse claims alleged by: Phillip Janeese?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/12/2023
Dated

/s/ JAKE W ANTONACCIO
Signed